In the Matter of CHARLES A. STEINBARGE, Appellant, against TOWN BOARD OF NORFOLK et al., Respondents.

(Argued October 5, 1936; decided October 20, 1936.)

*Francis E. Cullen* and *Frank L. Cubley* for appellant.
*Robert E. Whalen* and *Fred J. Flanagan* for respondents.
Order affirmed, without costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.